# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LARRY ROY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 18-0459-CG-MU |
| | ) |
| **KAY IVEY, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**, that Defendants' Motion for Summary Judgment is **GRANTED,** and the claims presented by the Plaintiff Larry Roy, are **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the 23rd day of November, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE