# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LARRY ROY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 18-0459-CG-MU |
| | ) |
| **KAY IVEY, et al.,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Larry Roy recover nothing and the claims made against Defendants Kay Ivey, Jefferson Dunn, and Wexford Health Sources, Inc., are hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the 23rd day of November, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE